# McCormack Harvesting Machinery Co. *v.* Clayton, *et al.*

### *Assumpsit.*

(Decided July 2, 1907. 44 South. 552.)

*Appeal and Error; Bill of Exceptions; Record.*—Although there are several orders of extension in the record allowing additional time for signing the bill of exceptions, the original order extending the time is not shown otherwise than by the bill of exceptions, and it failing to appear that the bill was signed in term time, it cannot be considered.

APPEAL from Crenshaw Circuit Court.

Heard before Hon. J. C. RICHARDSON.

Action by the McCormack Harvesting Machinery Company in assumpsit against J. A. Clayton and others. From a judgment for defendants plaintiffs appeal. Affirmed.

M. W. RUSHTOON, and F. B. BRICKEN, for appellant. Counsel discuss the assignments of error but do not touch on the matter discussed in the opinion.

J. O. SENTELL, and POWELL & HAMILTON, for appellee. The original order granting the extension of time does not appear of record and it does not appear that

the bill was signed in accordance with the provisions of the statute.—*Central of Ga. Ry. Co. v. Carroll*, 41 South. 579; *Dantzler v. Swift Creek Mill Co.*, 128 Ala. 410; *Brown v. The State*, 133 Ala. 152; *Peterman v. The State*, 139 Ala. 131.

ANDERSON, J.—This case was tried at the regular term of court which convened under operation of law on the second Monday in September, 1905, and which could continue two weeks. The bill of exceptions was signed the 27th day of February, 1906. There is nothing in the record proper, showing that any time was given for the signing of the bill of exceptions after the adjournment of court. The bill of exceptions shows that sixty days was given and the record shows several orders of extension, but the first extension is not disclosed by the record and is merely shown in the bill of exceptions which is insufficient according to previous decisions of this court.—*Central of Ga. Ry. Co. v. Carroll*, 41 South. 579; *Peterman v. State*, 139 Ala. 131; 36 South. 767; *Dantzler v. Swift Creek Co.*, 128 Ala. 410, 30 South. 674.

As the bill of exceptions cannot be considered by this court, and there being no assignment of error relating to rulings presented by the record proper, the judgment of the circuit court must be affirmed.

Affirmed.

HARALSON, DOWDELL, SIMPSON, DENSON and McCLELLAN, JJ., concurring. TYSON, C. J., dissents.